UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSLYN GRAY, | : Case No. 3:17-cv-00094-MJR-DGW |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| JEFFERSON CAPITAL SYSTEMS, LLC, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 30, 2017                                    Respectfully Submitted,

                                                          /s/Yaakov Saks
                                                          Yaakov Saks Esq.
                                                          **RC Law Group, PLLC**
                                                          285 Passaic Street
                                                          Hackensack, NJ 07601
                                                          ysaks@rclawgroup.com
                                                          Tel. 201-282-6500
                                                          Fax 201-282-6501
                                                          *Attorneys for Plaintiff*

**Certificate of Service**

     I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 30th day of August, 2017     Respectfully Submitted,

     */s/ Yaakov Saks*
     Yaakov Saks